UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SIMPLY BRIGHT IDEAS, INC., ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EVERLAST LIGHTING, INC., ) <br> Defendant. ) <br> ) | No. 1:23-cv-886 <br><br> Honorable Paul L. Maloney |

### ORDER ADMINISTRATIVELY CLOSING THE CASE

On August 21, 2023, Simply Bright Ideas, Inc., Plaintiff, filed a complaint against Everlast Lighting, Inc, Defendant. (ECF No. 1). Defendant moved to dismiss (ECF No. 7), and Plaintiff filed an amended complaint. (ECF No. 11). The court dismissed as moot Defendant's motion to dismiss. (ECF No. 12). Defendant filed an answer to Plaintiff's amended complaint. (ECF No. 13).

On December 1, 2023, the court issued a case management order. (ECF No. 19). On January 31, 2024, the parties selected a facilitative mediator. (ECF No. 21). No mediation was held. The court ordered the parties to file a joint status report. (ECF No. 27). Each party filed a separate status report. (ECF Nos. 28, 29). Defendant's status report indicates that Defendant "closed its doors on June 5, 2024 and no longer operates or has any employees." (ECF No. 28 at PID 335). Plaintiff's status report suggests that "discovery and further action in this matter be put on hold for 30-45 days for the parties to implement a negotiated resolution." (ECF No. 29 at PID 338).

1

"Administrative closures are a tool of docket management." *Rodriguez v. Hirshberg Acceptance Corp.*, 62 F.4th 270, 274 (6th Cir. 2023). "Existing outside the Federal Rules of Civil Procedure, administrative closures primarily serve as a method 'to shelve pending, but dormant, cases.'" *Id.* (quoting *Lehman v. Revolution Portfolio L.L.C.*, 166 F.3d 389, 392 (1st Cir. 1999)). A court decision to administratively close a case does not constitute a "final judgment." *Feltner v. Lamar Advert. of Tenn., & Travelers Co.*, 200 F. App'x 419, 422 (6th Cir. 2006).

The court has reviewed the parties' status reports. The court will administratively close this case. This is not a decision on the merits, and this order does not dispose of this action. Either party may reference this order, file a motion, and reopen this action when appropriate.

**IT IS HEREBY ORDERED** that this case is administratively closed.

Date: August 12, 2024 /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge